sessed being confinement in the county jail for 90 days.

It is averred in the complaint and information that appellant sold whisky "in a dry area, to-wit: Hill County, Texas." Said averment is insufficient to allege a violation of the law. See opinion this day delivered, J. H. Whitmire v. State (Tex,Cr. App.) 94 S.W.(2d) 742.

The judgment is reversed and the prosecution ordered dismissed under the present complaint and information.

## ROCHA v. STATE.

### No. 18371.

Court of Criminal Appeals of Texas.

May 20, 1936.

Wm. C. Peticolas, of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for 15 years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

## THOMPSON v. STATE.

### No. 18380.

Court of Criminal Appeals of Texas.

May 20, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular. The evidence heard before the trial court is not brought forward. No complaint of the procedure has been presented by bills of exception or otherwise. No error has been perceived or pointed out.

The judgment is affirmed.